

# THE THIRTEENTH COURT OF APPEALS

13-15-00532-CR

Ahmad Rasheed
v.
The State of Texas

On appeal from the
377th District Court of Victoria County, Texas
Trial Cause No. 06-1-22216-D

JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED FOR WANT OF JURISDICTION in accordance with its opinion.

We further order this decision certified below for observance.

November 19, 2015.